Chambers of
Jennifer B. Coffman
Chief Judge

August 17, 2009

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, DC 20544

Gentlemen:

Enclosed please find the original and three copies of the Amended Financial Disclosure Report as requested by the Committee.

Sincerely,

Jennifer B. Coffman

JBC:sa

Enclosures

**Coffman, Jennifer B**

| AO 10<br>Rev. 1/2008 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2008 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>COFFMAN, JENNIFER B. | 2. Court or Organization<br><br>E.D. AND W.D./KY | 3. Date of Report<br><br>07/30/2009 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>U.S. DISTRICT JUDGE (ACTIVE) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,  Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☑ Amended Report | 6. Reporting Period<br><br>01/01/2008<br>to<br>12/31/2008 |
| 7. Chambers or Office Address<br><br>306 US COURTHOUSE<br>101 BARR STREET<br>LEXINGTON, KY 40588-2228 | 8. On the basis of the information contained in this Report and any<br>modifications pertaining thereto, it is, in my opinion, in compliance<br>with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts,
checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2009 AUG 24 A 11: 22 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
| --- | --- |
| COFFMAN, JENNIFER B. | 07/30/2009 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
| --- | --- | --- |
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
| --- | --- |
| 1. 2008 | DENTAL PRACTICE / SELF EMPLOYMENT |
| 2. 2008 | PEARSON JUSTICE AND COFFMAN LLC - EQUIPMENT LEASING |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
| --- | --- | --- | --- | --- | --- |
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COFFMAN, JENNIFER B. | 07/30/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. COUNTRYWIDE HOME LOANS | SECOND HOME LOAN | K |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COFFMAN, JENNIFER B.- | 07/30/2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. CITIZENS BANK - COMMON STOCK | A | Dividend | J | W | | | | | |
| 2. RENTAL PROPERTY, EARLINGTON(HOPKINS COUNTY), KENTUCKY | C | Rent | K | W | | | | | |
| 3. KENTUCKY TAX FREE INCOME SERIES | A | Dividend | J | T | Sold (part) | 4/23 | J | | |
| 4. | | | | | Sold (part) | 5/1 | J | | |
| 5. IRA #3 (CENTRAL BANK) | | None | M | T | | | | | |
| 6. -CASH BALANCE IN IRA #3 | | | J | T | | | | | |
| 7. -AMERICAN CENTURY GLOBAL GOLD FUND | A | Dividend | | | Sold (part) | 5/28 | J | B | |
| 8. | | | | | Sold | 8/7 | J | | |
| 9. -COLUMBIA ACORN FUND CLASS Z | A | Dividend | J | T | Buy | 5/28 | J | | |
| 10. -GOLDMAN SACHS TR CORE FIX INST | A | Dividend | | | Sold (part) | 5/28 | J | | |
| 11. | | | | | Sold (part) | 8/4 | J | | |
| 12. | | | | | Sold (part) | 8/19 | J | | |
| 13. | | | | | Sold | 12/19 | J | | |
| 14. -MATTHEWS PACIFIC TIGER | C | Dividend | J | T | Buy | 5/28 | J | | |
| 15. -T ROWE PRICE EMERGING MARKET FUND | A | Dividend | J | T | Buy | 5/28 | J | | |
| 16. -ISHARES S&P GSCI UNIT BEN INT | | None | | | Sold | 3/4 | J | B | |
| 17. -VANGUARD 500 INDEX FUND SIGNAL | | None | | | Sold | 1/14 | L | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COFFMAN, JENNIFER B. | 07/30/2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -VANGUARD INDEX FDS REIT ETF | A | Dividend | J | T | Buy | 5/28 | J | | |
| 19. | | | | | Sold (part) | 7/22 | J | | |
| 20. -COLUMBIA FDS SER TR MID CAP VAL Z | A | Dividend | J | T | Buy | 5/28 | J | | |
| 21. -WILLIAMS SONOMA INC COM | A | Dividend | J | T | | | | | |
| 22. -WASHINGTON MUTUAL INC COMM ON | A | Dividend | | | Sold | 5/28 | J | | |
| 23. -GOLDMAN SACHS FINCL SQUARE MONEY MARKET-PRINCPL | A | Dividend | J | T | | | | | |
| 24. -FEDERATED CAP APPRECIATION FUND I SHARES | A | Dividend | L | T | Buy | 1/14 | L | | |
| 25. -GSCI COMMODITY STRATEGY INST FUND | A | Dividend | J | T | Buy | 3/10 | J | | |
| 26. | | | | | Buy | 5/28 | J | | |
| 27. -FEDERATED TOTAL RETURN BOND FUND | A | Dividend | J | T | Buy | 8/4 | J | | |
| 28. | | | | | Buy | 8/19 | J | | |
| 29. -SPDR GOLD TR | | None | J | T | Buy | 7/16 | J | | |
| 30. | | | | | Buy | 8/7 | J | | |
| 31. ██████████DMD 401(K) PROFIT SHARING PLAN (CENTRAL BANK) | | None | M | T | | | | | |
| 32. -CASH BALANCE IN ██████████ DMD 401(K) PSP CENTRAL BANK | | | J | T | | | | | |
| 33. -AMCEN GLOBAL GOLD | A | Dividend | J | T | Sold (part) | 5/28 | J | C | |
| 34. | | | | | Sold (part) | 10/23 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COFFMAN, JENNIFER B. | 07/30/2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions *(Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -COL ACORN SMALL CAPZ | A | Dividend | K | T | Buy | 5/28 | J | | |
| 36. -COLUMBIA FDS SER Z | A | Dividend | K | T | Buy | 5/28 | J | | |
| 37. -GOLDMAN F/S MM-PRIN | A | Dividend | J | T | | | | | |
| 38. -GS TR CORE FIX INST | A | Dividend | | | Sold (part) | 5/28 | K | | |
| 39. | | | | | Sold (part) | 8/4 | J | | |
| 40. | | | | | Sold (part) | 8/19 | J | | |
| 41. | | | | | Sold | 12/19 | J | | |
| 42. -ISHARES S&P GSCI | | | | | Sold | 3/4 | J | C | |
| 43. -MATT PACIFIC TIGER | D | Dividend | K | T | Buy | 5/28 | J | | |
| 44. -TRPRICE EMERGING MKT | A | Dividend | J | T | Buy | 5/28 | J | | |
| 45. -VANGRD 500 SGNL 1340 | | None | | | Sold | 1/14 | M | | |
| 46. -FEDERATED CAP APPRECIATION FUND I SHARES | B | Dividend | L | T | Buy | 1/14 | M | | |
| 47. -FEDERATED TOTAL RETURN BOND FUND | A | Dividend | J | T | Buy | 8/4 | J | | |
| 48. | | | | | Buy | 8/19 | J | | |
| 49. -GSCI COMMODITY STRATEGY INST FUND | A | Dividend | J | T | Buy | 3/7 | J | | |
| 50. -VANGUARD INDEX FDS REIT | A | Dividend | J | T | Buy | 5/28 | K | | |
| 51. -SPDR GOLD TR | | None | J | T | Buy | 7/16 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COFFMAN, JENNIFER B. | 07/30/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Buy | 10/23 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| COFFMAN, JENNIFER B. | 07/30/2009 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

ITEMS SOLD ON LINES 3, 4, 7, 9, 10, 11, 12, 16, 18, 21, 32, 36, 37, 38, 39, 43, WERE SOLD AT A LOSS.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Si

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FAILS OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

## FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

| AO 10 Rev. 1/2008 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2008 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) COFFMAN, JENNIFER B. | 2. Court or Organization E.D. AND W.D./KY | 3. Date of Report 06/15/2009 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. DISTRICT JUDGE (ACTIVE) | 5a. Report Type (check appropriate type) ☐ Nomination, Date ☐ Initial ☑ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2008 to 12/31/2008 |
| 7. Chambers or Office Address 306 US COURTHOUSE 101 BARR STREET LEXINGTON, KY 40588-2228 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2009 JUN 25 A 10: 51 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| COFFMAN, JENNIFER B. | 06/15/2009 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2008 | DENTAL PRACTICE / SELF EMPLOYMENT |
| 2. 2008 | PEARSON JUSTICE AND COFFMAN LLC - EQUIPMENT LEASING |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[✓] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COFFMAN, JENNIFER B. | 06/15/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✓ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. COUNTRYWIDE HOME LOANS | SECOND HOME LOAN | K |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COFFMAN, JENNIFER B. | 06/15/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. CITIZENS BANK - COMMON STOCK | A | Dividend | J | U | | | | | |
| 2. RENTAL PROPERTY, EARLINGTON(HO PKINS COUNTY), KENTUCKY | C | Rent | K | U | | | | | |
| 3. KENTUCKY TAX FREE INCOME SERIE S | A | Dividend | J | T | Sold (part) | 4/23 | J | | |
| 4. | | | | | Sold (part) | 5/1 | J | | |
| 5. IRA #3 (CENTRAL BANK) | | None | M | T | | | | | |
| 6. -CASH BALANCE IN IRA #3 | | | J | T | | | | | |
| 7. -AMERICAN CENTURY GLOBAL GOLD FUND | A | Dividend | | | Sold (part) | 5/28 | J | B | |
| 8. | | | | | Sold | 8/7 | J | | |
| 9. -COLUMBIA ACORN FUND CLASS Z | A | Dividend | J | T | Buy | 5/28 | J | | |
| 10. -GOLDMAN SACHS TR CORE FIX INST | A | Dividend | | | Sold (part) | 5/28 | J | | |
| 11. | | | | | Sold (part) | 8/4 | J | | |
| 12. | | | | | Sold (part) | 8/19 | J | | |
| 13. | | | | | Sold | 12/19 | J | | |
| 14. -MATTHEWS PACIFIC TIGER | C | Dividend | J | T | Buy | 5/28 | J | | |
| 15. -T ROWE PRICE EMERGING MARKET FUND | A | Dividend | J | T | Buy | 5/28 | J | | |
| 16. -ISHARES S&P GSCI UNIT BEN INT | | | | | Sold | 3/4 | J | B | |
| 17. -VANGUARD 500 INDEX FUND SIGNAL | | | | | Sold | 1/14 | L | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COFFMAN, JENNIFER B. | 06/15/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  -VANGUARD INDEX FDS REIT ETF | A | Dividend | J | T | Buy | 5/28 | J | | |
| 19. | | | | | Sold (part) | 7/22 | J | | |
| 20.  -COLUMBIA FDS SER TR MID CAP VAL Z | A | Dividend | J | T | Buy | 5/28 | J | | |
| 21.  -WILLIAMS SONOMA INC COM | A | Dividend | J | T | | | | | |
| 22.  -WASHINGTON MUTUAL INC COMM ON | A | Dividend | | | Sold | 5/28 | J | | |
| 23.  -GOLDMAN SACHS FINCL SQUARE MONEY MARKET-PRINCPL | A | Dividend | J | T | | | | | |
| 24.  -FEDERATED CAP APPRECIATION FU ND I SHARES | A | Dividend | L | T | Buy | 1/14 | L | | |
| 25.  -GSCI COMMODITY STRATEGY INST FUND | A | Dividend | J | T | Buy | 3/10 | J | | |
| 26. | | | | | Buy | 5/28 | J | | |
| 27.  -FEDERATED TOTAL RETURN BOND F UND | A | Dividend | J | T | Buy | 8/4 | J | | |
| 28. | | | | | Buy | 8/19 | J | | |
| 29.  -SPDR GOLD TR | | | J | T | Buy | 7/16 | J | | |
| 30. | | | | | Buy | 8/7 | J | | |
| 31.  WESLEY COFFMAN DMD 401(K) PROF IT SHARING PLAN (CENTRAL BANK) | | None | M | T | | | | | |
| 32.  -CASH BALANCE IN WESLEY COFFMA N DMD 401(K) PSP CENTRAL BANK | | | J | T | | | | | |
| 33.  -AMCEN GLOBAL GOLD | A | Dividend | J | T | Sold (part) | 5/28 | J | C | |
| 34. | | | | | Sold (part) | 10/23 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COFFMAN, JENNIFER B. | 06/15/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -COL ACORN SMALL CAPZ | A | Dividend | K | T | Buy | 5/28 | J | | |
| 36. -COLUMBIA FDS SER Z | A | Dividend | K | T | Buy | 5/28 | J | | |
| 37. -GOLDMAN F/S MM-PRIN | A | Dividend | J | T | | | | | |
| 38. -GS TR CORE FIX INST | A | Dividend | | | Sold (part) | 5/28 | K | | |
| 39. | | | | | Sold (part) | 8/4 | J | | |
| 40. | | | | | Sold (part) | 8/19 | J | | |
| 41. | | | | | Sold | 12/19 | J | | |
| 42. -ISHARES S&P GSCI | | | | | Sold | 3/4 | J | C | |
| 43. -MATT PACIFIC TIGER | D | Dividend | K | T | Buy | 5/28 | J | | |
| 44. -TRPRICE EMERGING MKT | A | Dividend | J | T | Buy | 5/28 | J | | |
| 45. -VANGRD 500 SGNL 1340 | | | | | Sold | 1/14 | M | | |
| 46. -FEDERATED CAP APPRECIATION FUND I SHARES | B | Dividend | L | T | Buy | 1/14 | M | | |
| 47. -FEDERATED TOTAL RETURN BOND FUND | A | Dividend | J | T | Buy | 8/4 | J | | |
| 48. | | | | | Buy | 8/19 | J | | |
| 49. -GSCI COMMODITY STRATEGY INST FUND | A | Dividend | J | T | Buy | 3/7 | J | | |
| 50. -VANGUARD INDEX FDS REIT | A | Dividend | J | T | Buy | 5/28 | K | | |
| 51. -SPDR GOLD TR | | | J | T | Buy | 7/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COFFMAN, JENNIFER B. | 06/15/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Buy | 10/23 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COFFMAN, JENNIFER B. | 06/15/2009 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

ITEMS SOLD ON LINES 3, 4, 7, 9, 10, 11, 12, 16, 18, 21, 32, 36, 37, 38, 39, 43, WERE SOLD AT A LOSS.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFUL[ ] TO CIVIL
AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544